428 A.2d 686

Commonwealth v. Slavik, Appellant.

Argued April 16, 1980. Patrick J. Rega, for appellant; Fred J. Sentner, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and CAVANAUGH, BROSKY, WICKERSHAM, MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

The order of the court below is affirmed.